Matter of Armani M. (Angeleana M.) (2023 NY Slip Op 02249)

Matter of Armani M. (Angeleana M.)

2023 NY Slip Op 02249

Decided on April 28, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, BANNISTER, MONTOUR, AND GREENWOOD, JJ.

373 CAF 22-00561

[*1]IN THE MATTER OF ARMANI M. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, PETITIONER-RESPONDENT; ANGELEANA M., RESPONDENT, AND DARYL G., RESPONDENT-APPELLANT.

LYNNE M. BLANK, WEBSTER, FOR RESPONDENT-APPELLANT. 
JOHN P. BRINGEWATT, COUNTY ATTORNEY, ROCHESTER (ELIZABETH DEV. MOELLER OF COUNSEL), FOR PETITIONER-RESPONDENT.
MAUREEN N. POLEN, ROCHESTER, ATTORNEY FOR THE CHILD.

 Appeal from an order of the Family Court, Monroe County (Joseph G. Nesser, J.), entered February 15, 2022 in a proceeding pursuant to Family Court Act article 10. The order, inter alia, determined that respondent Daryl G. had neglected the subject child. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: April 28, 2023
Ann Dillon Flynn
Clerk of the Court